## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

IN THE MATTER OF: )
                                  )

PEGGIE CAVINESS TIMBERLAKE )    **CASE NO. 09-81806**
SSN: xxx-xx-7111 )

                                  )    **CHAPTER 13**
               **DEBTOR** )

### NOTICE OF APPEARANCE

       Sarah D. Miranda, of The Law Firm of Hutchens, Senter & Britton, P.A., does herewith give notice of her appearance in the above-styled matter as attorney for America's Servicing Company, servicer for The Bank of New York Mellon, fka The Bank of New York as successor in interest to JPMorgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II, Inc. Bear Stearns ALT-A Trust 2004-12, Mortgage Pass Through Certificates, Series 2004-12.

       Please mail all Notices and other documents required to be served upon creditors to the undersigned at the following address:

| | | |
|---|---|---|
| **America's Servicing Company, servicer**<br>**c/o Sarah D. Miranda**<br>**Bankruptcy Department**<br>**P.O. Box 2505**<br>**Fayetteville, NC 28302** | **America's Servicing Company, represented by:** | **Sarah D. Miranda**<br>**4317 Ramsey Street**<br>**P.O. Box 2505**<br>**Fayetteville, NC 28302**<br>**910-864-2668**<br>**910-864-6177 (fax)**<br>**hsbbkydept@hutchensandsenter.com** |

      This, the 23rd day of October, 2009.

              THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

              BY: s:/Sarah D. Miranda
                   Sarah D. Miranda
                   Attorney for Movant
                   4317 Ramsey Street
                   Post Office Box 2505
                   Fayetteville, NC 28302
                   (910) 864-2668
                   State Bar No. 29354

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Attorney for Debtor:
John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Chapter 13 Trustee
Suite 425, 300 W. Morgan St.
P.O. Box 3613
Durham, NC 27702

This, the 23rd day of October, 2009.

THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

BY: s:/Sarah D. Miranda
 Sarah D. Miranda
 Attorney for Movant
 4317 Ramsey Street
 Post Office Box 2505
 Fayetteville, NC 28302
 (910) 864-2668
 State Bar No. 29354