UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Peggie Caviness Timberlake**
S.S. No.: xxx-xx-7111
Mailing Address: 1502 Bungalow Avenue, Durham, NC 27703-

**Case No. 09-81806**

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on October 14, 2009.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: October 30, 2009

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt

John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDIVERSION)

**Date:** 9/24/09
**Lastname-SSN:** Timberlake-7111

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Americas Servicing | 1 | 5 Azzi Court (Paid By Nied |
| | Suntrust | 6 | 5 Azzi Court (Paid By Nied |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | EMC | 4 | $1,462 | ** |
| | Suntrust | 7 | $220 | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DO LON PRINCIPAL RESIDENCE & OTHER LONG-TERM DEBTS

| | Creditor Name | Sch D # | Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | EMC | 4 | $731 | N/A | n/a | $731.00 | 1502 Bungalow Ave. |
| | Suntrust | 7 | $110 | N/A | n/a | $110.00 | 1502 Bungalow Ave. |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Pennsylvania Natl. Mut | 9 | $6,044 | 6.00 | $60 | $141.32 | Judgment |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | SECU | 5 | $5,482 | 5.25 | $32 | $211.00 | 2001 Cadillac Deville |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |
| | | | | 6.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Lien | |
| Real Property Tax | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property | |
| Alimony/Child | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount |
|---|---|
| DMI: None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$1,320 / 60
N/A / N/A months

Adequate Protection Payment Period: 9.28 months.

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, Charlene Free, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

                                               /s Charlene Free
                                               Charlene Free

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

America's Servicing Company (ASC)
Post Office Box 10328
Des Moines, IA 50306

Fingerhut/Axsys National Bank
Post Office Box 7999
Saint Cloud, MN 56302-7999

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Bank of America **
Post Office Box 15019
Wilmington, DE 19886-5019

HFC
4201 University Drive
Durham, NC 27707

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

Internal Revenue Service**
Post Office Box 21126
Philadelphia, PA 19114-0326

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

David G. Harris
Pinto Coates Kyre& Brown, PLLC.
Post Office Box 4848
Greensboro, NC 27404

Michael C. Murray
Post Office Box 31447
Raleigh, NC 27622

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Duke University Hospital**
PO Box 15000
Durham, NC 27704

North Carolina Department of Re'
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Experian
P.O. Box 2002
Allen, TX 75013-2002

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

North Carolina Dept of Revenue*'
Post Office Box 1168
Raleigh, NC 27602-1168

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Durham Regional Hospital
and Emergency Medical Service
402 Stadium Drive
Durham, NC 27704

Pennsylvania National Mutual Cas
Post Office Box52409
Durham, NC 27712

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

EMC Mortgage Corporation **
800 State Highway 121 BYP
Lewisville, TX 75067-4180

State Employees Credit Union **
Attn: Bankruptcy Department
P.O. Box 25279
Raleigh, NC 27611

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Fingerhut Corporation**
c/o Axsys National Bank
11 McLeland Road
Saint Cloud, MN 56395

Suntrust Mortgage
1011 Semmes Avenue
Richmond, VA 23224

Sylvia Caviness

Triangle Orthopaedic Assoc., PA
120 William Penn Plaza
Durham, NC 27704